# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESHAWN LAMONT THOMAS,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 75495

**FILED**

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on March 28, 2018. Thus, the notice of appeal is premature. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Douglas Smith, District Judge
      Deshawn Lamont Thomas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk
      Travis D. Akin

18-16203